IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LORENZO K. HENRY, #236253, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:11-CV-848-TMH |
| | ) | [WO] |
| LEON FORNISS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #3) in this case to which no timely objections have been filed.  After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted.  Accordingly, it is

ORDERED that the Recommendation (Doc. #3) of the Magistrate Judge is ADOPTED and this case is DISMISSED without prejudice for Plaintiff's failure to provide the court with the necessary financial information in compliance with the orders of this court.

A separate judgment shall issue.

Done this 6th day of December, 2011.

/s/ Truman M. Hobbs
_____
UNITED STATES DISTRICT JUDGE